

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT  DISTRICT OF NEW JERSEY | |
| In Re:  Theresa Patricia Coeyman | Case No.: 17-31480  Chapter: 13  Judge: Michael B Kaplan |

# ORDER RESPECTING
## AMENDMENT TO SCHEDULE D, E/F, F, G, H
## OR LIST OF CREDITORS

The relief set forth on the following page is **ORDERED**.

Date: 2/13/2018

MICHAEL B KAPLAN/vpm
Judge, United States Bankruptcy Court

The Court having noted that the debtor filed an Amendment to Schedule ____D____ or to the List of Creditors on ____2/9/2018____, and for good cause shown, it is

ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or party(s) being deleted or modified and to the trustee in the case, if any, not later than 14 days after the date of this Order.

It is further ORDERED that the debtor(s) must serve on added creditors or parties, not later than 14 days after the date of this Order, the following:

1. A copy of the applicable *Notice of Chapter* __13__ *Bankruptcy Case,* and

2. In a Chapter 11 case:
   a) a copy of the last modified plan and disclosure statement, if any, and
   b) a copy of any order approving the adequacy of the disclosure statement and/or the scheduling of the plan for confirmation.

3. In a Chapter 12 or Chapter 13 case:
   a) a copy of the *Notice of Hearing on Confirmation of Plan*, if any, and
   b) a copy of the last modified plan that has been filed in the case.

It is further ORDERED that not later than 14 days after the date of this Order, the debtor(s) shall file the Local Form, *Certification of Service*, certifying compliance with the above requirements.

*rev.11/17/16*

United States Bankruptcy Court
District of New Jersey

In re:  
Theresa Patricia Coeyman  
     Debtor  

Case No. 17-31480-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Feb 13, 2018  
                     Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2018.  
db            +Theresa Patricia Coeyman,    351 Rancocas Drive,    Brick, NJ 08724-4416

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2018                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2018 at the address(es) listed below:  
           Albert    Russo    docs@russotrustee.com  
           Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-MLN1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
           Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-MLN1 rsolarz@kmllawgroup.com  
           Steven P. Kelly    on behalf of Creditor    Deutsche Bank National Trust Company, Et Al. skelly@sterneisenberg.com,    bkecf@sterneisenberg.com  
           U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
           William H. Oliver, Jr.    on behalf of Debtor Theresa Patricia Coeyman bkwoliver@aol.com, R59915@notify.bestcase.com  
                                                                                                                 TOTAL: 6