UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Theresa Patricia Coeyman, Debtor

Case No.: 17-31480
Chapter: 13
Judge: Michael B. Kaplan

## NOTICE OF PROPOSED PRIVATE SALE

Theresa Coeyman, _____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:    Clerk, Bankruptcy Court
District of New Jersey
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Michael B. Kaplan on April 3, 2018 at 10:00 a.m. at the United States Bankruptcy Court, courtroom no. 8, Trenton, New Jersey. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:    351 Rancocas Drive, Brick, NJ 08724

Proposed Purchaser:    Ryan P. Duffy

Sale price:    $215,500.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:    Pittenger Realty/ Remax Homeland/ William H. Oliver, Jr.
Amount to be paid:    3% of Sale Price/ 3% of Sale Price/ Amount as will appear in HUD
Services rendered:    Real Estate Broker/ Real Estate Broker/Attorney for Seller

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: William H. Oliver, Jr., Esq

Address: 2240 Highway 33, Suite 112, Neptune, NJ 07753

Telephone No.: 732-988-1500

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-31480-MBK
Theresa Patricia Coeyman                                        Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 2            Date Rcvd: Feb 21, 2018
                              Form ID: pdf905        Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2018.
```
db             +Theresa Patricia Coeyman,    351 Rancocas Drive,     Brick, NJ 08724-4416
517137158      ++ALLIED DIGESTIVE HEALTH LLC,    MONMOUTH PARK CORPORATE CENTER I,     187 ROUTE 36 SUITE 230,
                 WEST LONG BRANCH NJ 07764-1306
               (address filed with court:   Allied Digestive Health,     60 Hwy 36 Ste B,
                 West Long Branch, NJ 07764-1463)
517159758      +Aldridge Pite, LLP,    4375 Jutland Drive., Suite 200,     P.O. Box 17933,
                 San Diego, CA 92177-7921
517137157      +Alert Ambulance,    P.O. Box 192,    Brick, NJ 08723-0192
517137159      +Apex Management, LLC,    Po Box 5407,    Lancaster, PA 17606-5407
517137160      +Apogee Physicians of New Jeresy,    PO Box 708640,    Sandy, UT 84070-8640
517137161      +Atlantic Medical Imaging, LLC,    PO Box 1564,    Indianapolis, IN 46206-1564
517137162       Barnabas Health,    PB 826504,    Philadelphia, PA 19182-6504
517137163      +Barron Emergency Physcians,    PO Box 7418,    Philadelphia, PA 19101-7418
517250716      +Deutsche Bank National Trust Company,     CO Nationstar MTG LLC d/b/a Mr. Cooper,
                 ATTN: Bankruptcy Dept.,    PO BOX 619096,    Dallas TX 75261-9096
517137166      +Foreclosure Processing Services,     Superior Court Clerk,    PO Box 971,    Trenton, NJ 08625-0971
517137168      +Meridian,    Po Box 9319,    Trenton, NJ 08650-1319
517137169      +Monmouth Ocean Hosp. Service Corp.,     4806 Megill Road,    Suite 3,    Neptune, NJ 07753-6926
517137170      +Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,     Coppell, TX 75019-4620
517137171      +North Rainbow Emerg,    PO Box 7418,    Philadelphia, PA 19101-7418
517239698      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,     PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   State of New Jersey,     Department of Treasury,
                 Division of Taxation,    P.O. Box 245,    Trenton, NJ 08695-0245)
517137174      +Township of Brick,    Po box 949,    Matawan, NJ 07747-0949
517137175      +Wells Fargo Bank,    Po Box 14517,    Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 21 2018 22:19:04      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 21 2018 22:19:03       United States Trustee,
                 Office of the United States Trustee,     1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517325797      +E-mail/Text: bkdepartment@rtresolutions.com Feb 21 2018 22:19:08       Bank of America, N.A.,
                 c/o Real Time Resolutions,    PO Box 36655,    Dallas, TX 75235-1655
517137164      +E-mail/Text: JSUMCbankruptcy@hackensackmeridian.org Feb 21 2018 22:19:20
                 Behavioral Health JSUMC,    Po Box 416765,    Boston, MA 02241-6765
517137165      +E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 21 2018 22:19:22
                 Credit Collections Services,    725 canton Street,    Norwood, MA 02062-2679
517156450       E-mail/Text: cio.bncmail@irs.gov Feb 21 2018 22:18:56      Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA  19101-7346
517137172      +E-mail/Text: OMCbankruptcy@hackensackmeridian.org Feb 21 2018 22:19:20       Ocean Medical Center,
                 425 Jack Martin Blvd.,    Brick, NJ 08724-7732
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Deutsche Bank National Trust Company, Et Al.,     c/o Stern & Eisenberg, PC,    1581 Main Street,
                 Suite 200,    1581 Main Street, Suite 200,    Warrington
517137167*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,     PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court:   Internal Revenue Service,     Special Procedures,    Bankruptcy Section,
                 P.O. Box 724,    Springfield, NJ 07081)
517137173*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,     PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   State of New Jersey,     Department of the Treasury,
                 Division of Taxation,    P.O. Box 245,    Trenton, NJ 08695-0187)
                                                                                  TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Feb 21, 2018
                              Form ID: pdf905          Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2018 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
               Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series
               2007-MLN1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
               Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series
               2007-MLN1 rsolarz@kmllawgroup.com
              Steven P. Kelly    on behalf of Creditor    Deutsche Bank National Trust Company, Et Al.
               skelly@sterneisenberg.com, bkecf@sterneisenberg.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor Theresa Patricia Coeyman bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                                           TOTAL: 6
```