Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  17–31480–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Theresa Patricia Coeyman
   351 Rancocas Drive
   Brick, NJ 08724

Social Security No.:
   xxx–xx–7739

Employer's Tax I.D. No.:

---

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on March 9, 2018, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 50 – 46
Order Granting Application to Employ ReMax Homeland as Real Estate SELLING Broker (Related Doc # 46). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 3/8/2018. (kmf)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: March 9, 2018
JAN: kmf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 17-31480-MBK
Theresa Patricia Coeyman                                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin              Page 1 of 1            Date Rcvd: Mar 09, 2018
                               Form ID: orderntc         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 11, 2018.
r              +ReMax Homeland,    42 East Main St.,    Freehold, NJ 07728-2295

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2018                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 9, 2018 at the address(es) listed below:
        Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
        Albert  Russo    docs@russotrustee.com
        Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
        Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series
        2007-MLN1 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
        Laura M. Egerman    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
        bkyecf@rasflaw.com,  bkyecf@rasflaw.com/legerman@rasnj.com
        Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
        Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series
        2007-MLN1 rsolarz@kmllawgroup.com
        Steven P. Kelly    on behalf of Creditor    Deutsche Bank National Trust Company, Et Al.
        skelly@sterneisenberg.com,  bkecf@sterneisenberg.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        William H. Oliver, Jr.    on behalf of Debtor Theresa Patricia Coeyman bkwoliver@aol.com,
        R59915@notify.bestcase.com
                                                                                      TOTAL: 8