**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

William H. Oliver, Jr., Esq.
Brandywine Commons
2240 State Highway 33, Suite 112
Neptune, NJ  07753

In Re:

THERESA PATRICIA COEYMAN

Debtor

Order Filed on March 8, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-31480

Judge: MBK

Chapter: 13

Recommended Local Form:   ☑ Followed    ☐ Modified

# ORDER AUTHORIZING
## RETENTION OF  Pittenger Realty  (Listing Broker)

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: March 8, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

In re: Theresa Coeyman

Case No.: 17-17323

Applicant: Theresa Coeyman

(check all that apply)  ☐ Trustee:  ☐ Chap. 7  ☐ Chap. 11  ☐ Chap. 13.

☑ Debtor:  ☐ Chap. 11  ☑ Chap. 13

☐ Official Committee of _____

Name of Professional: Pittenger Realty

Address of Professional: 2240 Route 33, Suite 111

Neptune, NJ 07753

☐ Attorney for (check all that apply):
  ☐ Trustee  ☐ Debtor-in-Possession
  ☐ Official Committee of _____

☐ Accountant for:
  ☐ Trustee  ☐ Debtor-in-Possession
  ☐ Official Committee of _____

☑ Other Professional:
  ☑ Realtor  ☐ Appraiser  ☐ Special Counsel  ☐ Auctioneer
  ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*

United States Bankruptcy Court
District of New Jersey

In re:
Theresa Patricia Coeyman
        Debtor

Case No. 17-31480-MBK
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Mar 09, 2018
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2018.
db           +Theresa Patricia Coeyman,    351 Rancocas Drive,    Brick, NJ 08724-4416

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2018 at the address(es) listed below:
         Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
         Albert   Russo    docs@russotrustee.com
         Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
          Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series
          2007-MLN1 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
         Laura M. Egerman    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
          bkyecf@rasflaw.com,  bkyecf@rasflaw.com;legerman@rasnj.com
         Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
          Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series
          2007-MLN1 rsolarz@kmllawgroup.com
         Steven P. Kelly    on behalf of Creditor    Deutsche Bank National Trust Company, Et Al.
          skelly@sterneisenberg.com,  bkecf@sterneisenberg.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
         William H. Oliver, Jr.    on behalf of Debtor Theresa Patricia Coeyman bkwoliver@aol.com,
          R59915@notify.bestcase.com
                                                                                              TOTAL: 8