| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **RAS Citron, LLC**<br>130 Clinton Road, Lobby, Suite 202<br>Fairfield, NJ 07004<br>(973) 575-0707<br>Attorneys for Secured Creditor<br><br>Laura M. Egerman (LE-8250) | CASE NO.: 17-31480-MBK<br><br>CHAPTER 13<br><br>HEARING DATE:<br><br>JUDGE: Michael B. Kaplan |
| In Re:<br><br>**THERESA PATRICIA COEYMAN,**<br><br>      Debtor. | |

## OBJECTION TO DEBTOR'S MOTION TO SELL PROPERTY

Deutsche Bank National Trust Company as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-MLN1 (the "Secured Creditor"), by and through its undersigned counsel, submits this Objection to Debtor's Motion to Sell Property ("Debtor's Motion"), and respectfully states as follows:

1. The Secured Creditor holds a valid security interest in the Debtor's real property located at 351 Rancocas Drive, Brick, NJ 08724 (the "Property") by virtue of a certain Mortgage (the "Mortgage") recorded on January 8, 2007 in the Public Records of Ocean County, NJ, encumbering the Property and securing a certain Note (the "Note", together with the Mortgage and related loan documents, the "Loan") in the principal amount of $300,000.00.

2. On October 24, 2017 (the "Petition Date"), Debtor Theresa Patricia Coeyman (the "Debtor") filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code.

3. As of March 27, 2018, the estimated amount due under the terms of the Loan through March 21, 2018 is $592,948.75.

4.The Secured Creditor obtained a Broker's Price Opinion dated February 4, 2018 (the "BPO"), which values the Property in a range from $280,000.00 to $289,000.00. A copy of the BPO is attached hereto as Exhibit "A".

5.Based upon the foregoing, the Secured Creditor asserts that a reasonable valuation for the Property is significantly more than the proposed sale price set forth in the Debtor's Motion in the amount of $215,000.00.

6.The Secured Credit has not approved a short sale for this Property.

7.The Secured Creditor does not consent to the proposed sale and the Debtor's motion fails to provide sufficient evidence that the proposed sale is in the best interest of the estate and its creditors.

8.The Secured Creditor reserve the right to supplement this Objection with additional information and documentation, including but not limited to an interior appraisal, subject to Debtor providing access for an inspection of the Property, and any reports related thereto.

**WHEREFORE**, the Secured Creditor respectfully submits this Objection and requests that Debtor's Motion be denied in its entirety, and for such other relief as the Court may deem just and proper.

Dated: March 27, 2018

RAS Citron, LLC
Attorneys for Secured Creditor
130 Clinton Road, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707

By: /s/ Laura Egerman
Laura Egerman
NJ Bar Number: LE-8250
Email: legerman@rasnj.com

# Exhibit A

# DESKTOP APPRAISAL WITH FIELD INSPECTION: Restricted Appraisal Report

## Subject Property

| | |
|---|---|
| Address | 351 RANCOCAS DR BRICK NJ 08724 |
| Loan Number | ▇▇▇▇▇▇ |

## Client

| | |
|---|---|
| Name | Nationstar Credit Risk Forward |
| Address | 350 Highland Dr. ,Lewisville,TX-75067 |

Report Generated: 2/26/2018

| | |
|---|---|
| Order ID | ▇▇▇▇▇▇ |
| Submitted By | Noah Meier (INTERNAL) |
| Inspection Type | Exterior |
| Inspection Date | 02/25/2018 |

## Price Opinion

| | Secondary Value (0 - 90 Days) | | Primary Value (90 - 120 Days) | |
|---|---|---|---|---|
| As Is | Price Opinion | Suggested List Price | Price Opinion | Suggested List Price |
| | $280,000 | $289,000 | $280,000 | $289,000 |
| As Repaired | Price Opinion | Suggested List Price | Price Opinion | Suggested List Price |
| | $280,000 | $289,000 | $280,000 | $289,000 |

## Main Photo



Contact Xome. 888-456-4317 | BPO@Xome.com

Copyright © 2017 Xome Inc., Xome CT LLC (for CT properties only). All rights reserved. Xome Inc., 750 Highway 121 BYP, Suite 100, Lewisville, TX 75067. MLS Data provisioned under license on behalf of Xome Inc. Brokers at www.xome.com/pages/licensing

Page 1 of 10

## SELECTED COMPARABLES SALES

| | Subject Property | Sale Comp 1 | | Sale Comp 2 | | Sale Comp 3 | |
|---|---|---|---|---|---|---|---|
| Address | 351 RANCOCAS DR BRICK NJ, 08724 | 306 IROQUOIS DR BRICK NJ, 08724 | | 141 MERIDIAN DR BRICK NJ, 08724 | | 347 RANCOCAS DR BRICK NJ, 08724 | |
| Data Source | Public Records | MLS | | Public Records | | Public Records | |
| MLS# | 21800291 | NJMOMLS-V\|21729798 | | NJOCBR\|4034795 | | NJMOMLS-V\|21707167 | |
| Proximity (mi) | | 0.24 | | 0.38 | | 0.02 | |
| Latest List Date | 12/31/2017 | 07/31/2017 | | 10/21/2017 | | 02/22/2017 | |
| Latest List Price | $215,000 | $239,000 | | $279,900 | | $259,000 | |
| Sale Date | | 09/29/2017 | | 11/27/2017 | | 09/14/2017 | |
| Sale Price | | $239,000 | | $267,500 | | $259,000 | |
| Sold Sale Type | | Arms length sale | | REO sale | | Arms length sale | |
| List Sale Type | Short sale | | | | | | |
| Days On Market | | 60 | | 40 | | 204 | |
| Property Type | Single Family Residence | Single Family Residence | | Single Family Residence | | Single Family Residence | |
| Loan Type | Unavailable | Unavailable | | Unavailable | | Unavailable | |
| Sold Price/Sq.Ft. | | $162 | | $119 | | $240 | |
| List Price/Sq.Ft. | $103 | | | | | | |
| ADJUSTMENTS | Value (Subject) | Value | Adj | Value | Adj | Value | Adj |
| Date of Sale | | 09/29/2017 | $0 | 11/27/2017 | $0 | 09/14/2017 | $0 |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | $0 | Fee Simple | $0 | Fee Simple | $0 |
| Lot Size | 12502 | 5880 | $3,311 | 12375 | $0 | 5000 | $3,751 |
| Comparability | | Equal | $0 | Equal | $0 | Equal | $0 |
| Concessions | | | $0 | | $0 | | $0 |
| Assessments | | | $0 | | $0 | | $0 |
| # Units | 1 | 1 | $0 | 1 | $0 | 1 | $0 |
| Design | Ranch | Colonial | $0 | Colonial | $0 | Ranch | $0 |
| Condition | C3 - Average | C3 - Average | $0 | C3 - Average | $0 | C3 - Average | $0 |
| Year Built | 1960 | 1990 | ($6,000) | 1961 | $0 | 1960 | $0 |
| GLA | 2072 | 1468 | $18,120 | 2240 | ($5,040) | 1076 | $29,880 |
| Above Grade GLA | | 0 | $0 | 0 | $0 | 0 | $0 |
| View | NONE | NONE | $0 | NONE | $0 | NONE | $0 |
| Location | | | $0 | | $0 | | $0 |
| Location Comment | | | | | | | |
| Builder Quality | N/A | N/A | $0 | N/A | $0 | N/A | $0 |
| Total Rooms | | | $0 | | $0 | | $0 |
| Bedrooms | 4 | 3 | $3,000 | 4 | $0 | 2 | $6,000 |
| Baths | 2.0 | 1.1 | $2,000 | 2.0 | $0 | 2.0 | $0 |
| Bsmt Sq. Ft. | | | $0 | | $0 | | $0 |
| Bsmt % Finished | | | $0 | | $0 | | $0 |
| Parking Type | Driveway | Garage | ($2,500) | Garage | ($5,000) | Garage | ($2,500) |
| # Parking Stalls | 1 | 1 | $0 | 2 | $0 | 1 | $0 |
| Amenities | | | $0 | | $0 | | $0 |
| Fireplaces | No | No | $0 | No | $0 | No | $0 |
| Pool | Yes | No | $10,000 | No | $10,000 | No | $10,000 |
| Water | | | $0 | | $0 | | $0 |
| Sewer | | | $0 | | $0 | | $0 |
| Net Adj. (total) | 0 | | $27,931 | + | ($40) | | $47,131 |
| Gross Adj. | 0 | | $44,931 | | $20,040 | | $52,131 |
| Adj. Sales Price | $0 | | $266,931 | | $267,460 | | $306,131 |

Copyright © 2017 Xome Inc., Xome CT LLC (for CT properties only). All rights reserved. Xome Inc., 750 Highway 121 BYP, Suite 100, Lewisville, TX 75067. MLS Data provisioned under license on behalf of Xome Inc. Brokers at www.xome.com/pages/licensing

## SELECTED COMPARABLES MAP



| | Address | Type | Sale/List Price | Sale/List Date | Dist (mi) | Site | Year Built | Bed | Bath | GLA | Bsmt | Pool | Sale Type | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| * | 351 RANCOCAS DR | RSFR | $100,000 | 09/11/1995 | | 12502 | 1960 | 0 | 0 | 2072 | 0 | No | | Public Records |
| 1 | 306 IROQUOIS DR | Single Family Residence | $239,000 | 09/29/2017 | 0.24 | 5880 | 1990 | 3 | 1 | 2116 | 0 | | | MLS |
| 2 | 141 MERIDIAN DR | Single Family Residence | $267,500 | 12/11/2017 | 0.38 | 12375 | 1961 | 0 | 0 | 2240 | 0 | | | Public Records |
| 3 | 347 RANCOCAS DR | Single Family Residence | $259,000 | 09/18/2017 | 0.02 | 5001 | 1960 | 0 | 0 | 1076 | 0 | | | Public Records |

## SUBJECT PROPERTY INFORMATION

Property Details

| County | OCEAN | Property Type | RSFR | Beds | 4 | Baths | 2.0 |
|---|---|---|---|---|---|---|---|
| Sqft | 2072 | Land | 12502 | Year Built | 1960 | Carrier Route | C071 |
| Assessed Value | $323,800 | Assessed Year | | Sold Price | $100,000 | Sold Date | 09/11/1995 |
| List Price | $215,000 | List Date | 01/01/2018 | Off Market Date | | | |

Historical Information

| Date | Price | Type | Data Source |
|---|---|---|---|
| 01/01/2018 | $215,000 | Listed | MLS |
| 09/11/1995 | $100,000 | Sold | Public Record |
| 09/07/1995 | $100,000 | Sold | MLS |
| 06/05/1995 | $109,000 | Listed | MLS |
| 01/19/1995 | $66,990 | Sold | Public Record |

Additional Information

| Disaster Info | | Other Info | |
|---|---|---|---|
| Subject impacted by disaster in the past 12 months | No | Borrower | |
| | | Owner of Public Records | COEYMAN,ANDREW & THERESA |
| | | Occupancy | Unknown |
| | | Parcel Number | 07-00896-0000-00002 |
| | | HOA Fees | |
| | | New Construction | No |
| | | Subject Zoning | Legal |
| **Current Listing Information** | | **Last Sold Information** | |
| Listed in the last 12 months | Yes | Sold in the last 36 months | No |
| Currently Listed | Yes | | |
| Subject listed multiple times in the last 12 months | No | | |
| Current List Date | 12/31/2017 | | |
| Current List Price | $215,000 | | |
| Original List Date | 12/31/2017 | | |
| Original List Price | $215,000 | | |
| Days on Market | 40 | | |
| Listing Broker | Pittenger Realty LLC | | |
| Listing Company | Pittenger Realty LLC | | |
| Listing Phone | 732-775-3300 | | |

Previous Price Opinions

| Client Name | Value Date | Product Type | Days Diff | Value | RMV Value | Pri. Value | Diff | Diff from Current BPO | Property Type | Property Features | Condition | QVM Value | Conf. Score | Risk Level |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nationstar Credit Risk Forward | Current | Exterior | - | $280,000 | - | - | - | - | Single Family Residence | GLA: 2072 Beds: 4 Baths: 2 Age: 1960 | C3 - Average | $358,451 | 49 | 0 |

Copyright © 2017 Xome Inc., Xome CT LLC (for CT properties only). All rights reserved. Xome Inc., 750 Highway 121 BYP, Suite 100, Lewisville, TX 75067. MLS Data provisioned under license on behalf of Xome Inc. Brokers at www.xome.com/pages/licensing

# INSPECTION

## Inspection Subject Characteristics

| Property Type | SFD | Bedrooms | 0 | Baths | 2.0 |
|---|---|---|---|---|---|
| Overall Condition Rating | C3 - Average | Subject Location | Suburban | | |
| Vendor Comments | A maintained residential area near shopping. | | | | |

## Subject Checklist

| Checklist Item | | Comments |
|---|---|---|
| Gated Community? | No | |
| For Sale Sign Visible? | Yes | |
| Safety Concerns? | No | |
| View | None | |
| Appears Habitable? | Yes | |
| Appears Occupied? | Yes | |
| Conforms to Neighborhood? | Yes | |
| Condition-compared to Neighborhood? | Equal | |
| Any Active Construction? | No | |
| Property Type | SFD | |
| Property Maintenance Required? | No | |
| Parking Type | Driveway | |
| Broken Windows/Doors (Outside)? | No | |
| Siding Damage? | No | |
| Driveway Damage? | No | |
| Visible Structural Damage? | No | |
| Roof Damage? | No | |
| Evidence of Vandalism? | No | |
| Water Damage? | No | |
| Fire Damage? | No | |
| Utilities Active? | Yes | |
| Utility issue? | No | |
| Garbage on the property? | No | |

## Neighborhood Checklist

| Checklist Item | | Comments |
|---|---|---|
| Neighborhood Homes in Below Average Condition? | No | |
| Vacant Homes in Neighborhood? | No | |
| Adjacent Lot Conditions Adversely Affect Property? | No | |
| Commercial/Nonresidential Properties in Neighborhood | No | |
| Neighborhood Streets in Below Average Condition? | No | |
| Noise obselescene from highway,airport,railway,etc? | No | |
| Detrimental or Hazardous Odors? | No | |
| Overhead Power Lines Present? | No | |

Copyright © 2017 Xome Inc., Xome CT LLC (for CT properties only). All rights reserved. Xome Inc., 750 Highway 121 BYP, Suite 100, Lewisville, TX 75067. MLS Data provisioned under license on behalf of Xome Inc. Brokers at www.xome.com/pages/licensing

# REPAIRS AND OPINION OF VALUE

| Are there any repairs needed? | No |
|---|---|

## Opinion of Value

| | Secondary Value (0 - 90 Days) | | Primary Value (90 - 120 Days) | |
|---|---|---|---|---|
| **As Is** | Price Opinion | Suggested List Price | Price Opinion | Suggested List Price |
| | $280,000 | $289,000 | $280,000 | $289,000 |
| **As Repaired** | Price Opinion | Suggested List Price | Price Opinion | Suggested List Price |
| | $280,000 | $289,000 | $280,000 | $289,000 |

| | Other Indicators |
|---|---|
| **Market Rent** | $1 |
| **Land Value** | $1 |
| **Final Comments** | - The appraiser was provided with an exterior inspection report which provided no opinion or indication of market value. The appraiser obtained data from prior appraisal files, MLS and or public tax records for the subject and comparable sales. The appraiser is utilizing the extraordinary assumption that the information provided in the prior appraisal files, MLS and public tax records is complete and accurate. In situations where tax record data is not updated to included recent sales data, the appraiser is utilizing the extraordinary assumption that the sales data provided by the MLS is complete and accurate. Should the appraiser's assumptions be proven incorrect, the appraiser's opinion of value may be altered.<br>- The subject's GLA is taken from Ocean County public tax records. The subject's room count is taken from a current MLS listing.<br>- Comparable sales are the most suitable closed sales of single-family dwellings located in close proximity to the subject.<br>- Due to a lack of suitable sales of similar GLA, it was necessary to use closed sales with GLA that differ from the subject's GLA by 15% or more. Comparable sale #3 is considered to be a good indicator of value due to similar ranch style dwelling on the adjacent lot to the subject.Square footage adjustments used to reflect the differences in GLA.<br>- Comparable sale #3 exceeded 180 days cumulative marketing time. However, per redfin.com, comparable sale #1 had list price reduction indicating it was initially listed above market value. Cumulative marketing time from date of list price reduction on 3/23/2017 to closing was 175 days.<br>- Equal weight given to all 3 closed sales.<br>- Per MLS sheet, the subject is currently listed for sale for $215,000 and is under contract. Current list price of $215,000 is considered to be below current market value. |

# APPRAISER SIGNOFF

## Prior Services Disclosure

**Previous Services Provided:**     I have NOT performed a service for the subject property in the past 3 years.

## Appraiser Information

**Appraiser Name**     Noah Meier (INTERNAL)
**License Number**    42RA00404700
**License State**     NJ

## Appraiser Company Information

**Name**     Noah Meier

## Appraiser Signature

**Signature File**

**Signature Date**    02/04/2018 07:33 PM (EST)

Copyright © 2017 Xome Inc., Xome CT LLC (for CT properties only). All rights reserved. Xome Inc., 750 Highway 121 BYP, Suite 100, Lewisville, TX 75067. MLS Data provisioned under license on behalf of Xome Inc. Brokers at www.xome.com/pages/licensing

## DISCLAIMERS

**Scope of Work:**
The scope of work for this appraisal is defined by the appraiser and based on the complexity of the restricted appraisal assignment and the reporting requirements of this restricted appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications.
I DID NOT INSPECT (Desktop Appraisal) the subject property, neighborhood, or the comparable sales in this report. I have disclosed and described the work performed by a third party in connection with the development of the appraisal; including the extent that the appraiser relied on the information, I researched, verified, and analyzed data from reliable public and or private sources, and reported my analysis, opinions, and conclusions in this appraisal report. I have determined that, based on the intended use of this report, the assignment results are credible, and that sufficient information about the subject's significant physical characteristics was readily available to develop a credible opinion of value. The subject is assumed to be in marketable condition, unless evidence to the contrary is readily available. It is assumed there are no adverse environmental conditions that the subject's current and / or projected use is its highest and best use unless other information is available to the contrary. It is acknowledged that the use of these extraordinary assumptions may affect the assignment results.

**Intended Use:** The intended use of this appraisal report is for the client to perform a risk analysis of the property that is the subject of this appraisal.

**Intended User:** The intended user of this appraisal report is the client. There shall be no other intended users.

**Interest Being Appraised:** Fee Simple Interest

**Type and Definition of Market Value:**
Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:
1.      Buyer and seller are typically motivated;
2.      Both parties are well informed or well advised, and acting in what they consider their own best interests;
3.      A reasonable time is allowed for exposure in the open market;
4.      Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5.      The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

**Appraisers Certification:**
The Appraiser certifies and agrees that I have at a minimum:

1.      Developed and reported this restricted appraisal in accordance with the scope of work requirements stated in this restricted appraisal report.
2.      Performed this restricted appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this restricted appraisal report was prepared.
3.      Have the knowledge and experience in appraising this type of property and the skills to develop and prepare this report in accordance with the scope of work requirements stated in this restricted appraisal report, and the requirements of the Uniform Standards of Professional Appraisal Practice in place at the time this restricted appraisal report was prepared.
4.      Researched, verified, analyzed, and reported on any:
   a)   Current agreement for sale for the subject property,
   b)   Any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal,
   c)   Prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.
5.      Awareness of and have access to, the necessary and appropriate public and private data sources, such as aggregated multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located and have adequate data to develop a reliable sales comparison approach for this appraisal assignment.
6.      Not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.
7.      No present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction.
8.      My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding that I would report (or present analysis supporting) a predetermined value, or a minimum value, or a range or direction in value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event.
9.      The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
10.     I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks.

**Contingent and Limiting Conditions:**
The appraiser used data that was obtained from sources deemed to be reliable. The appraiser is not responsible for any errors in information obtained from data reporting services.

## SUBJECT PROPERTY PHOTOS


Exterior - Subject


Exterior - Street View 1


Exterior - Street View 2


Exterior - Side 1


Exterior - Side 2


Exterior - Address Verification

Copyright © 2017 Xome Inc., Xome CT LLC (for CT properties only). All rights reserved. Xome Inc., 750 Highway 121 BYP, Suite 100, Lewisville, TX 75067. MLS Data provisioned under license on behalf of Xome Inc. Brokers at www.xome.com/pages/licensing

## INSPECTION PHOTOS



For Sale Sign Visible? : Yes

Copyright © 2017 Xome Inc., Xome CT LLC (for CT properties only). All rights reserved. Xome Inc., 750 Highway 121 BYP, Suite 100, Lewisville, TX 75067. MLS Data provisioned under license on behalf of Xome Inc. Brokers at www.xome.com/pages/licensing

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **RAS Citron, LLC** <br> 130 Clinton Road, Lobby, Suite 202 <br> Fairfield, NJ 07004 <br> (973) 575-0707 <br> Attorneys for Secured Creditor <br><br> Laura M. Egerman (LE-8250) | CASE NO.: 17-17323-MBK <br><br> CHAPTER 13 <br><br> HEARING DATE: <br><br> JUDGE: Michael B. Kaplan |
| In Re: <br><br> **THERESA PATRICIA COEYMAN,** <br><br> Debtor. | |

**CERTIFICATION OF SERVICE**

1. I, Laura M. Egerman represent Deutsche Bank National Trust Company as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-MLN1in this matter.

2. On March 27, 2018, I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below: Objection to Debtor's Motion to Sell Property

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

DATED: March 27, 2018

                                                              RAS Citron, LLC
                                                              Authorized Agent for Secured Creditor
                                                              130 Clinton Road, Lobby B, Suite 202
                                                              Fairfield, NJ 07004
                                                              Telephone: 973-575-0707
                                                              Facsimile: 973-404-8886

                                                              By: /s/Laura M. Egerman
                                                              Laura M. Egerman, Esquire
                                                              Email: legerman@rasnj.com

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Theresa Patricia Coeyman<br>351 Rancocas Drive<br>Brick, NJ 08724 | Debtor | ☐ Hand-delivered<br>[x] Regular mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| William H. Oliver, Jr., Esq.<br>2240 State Highway 33<br>Suite 112<br>Neptune, NJ 07753 | Debtor's Counsel | ☐ Hand-delivered<br>[x] Regular mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Andrew A. Coeyman<br>351 Rancocas Drive<br>Brick, NJ 08724 | Co-Debtor | ☐ Hand-delivered<br>[x] Regular mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650 | Trustee | ☐ Hand-delivered<br>[x] Regular mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>[x] Regular mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |