UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

William H. Oliver, Jr., Esq.
Brandywine Commons
2240 State Highway 33, Suite 112
Neptune, NJ 07753
bkwoliver@aol.com

Order Filed on May 15, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Theresa Patricia Coeyman

Debtor

| | |
|---|---|
| Case Number: | 17-31480 |
| Hearing Date: | 4-3-18 @ 10am |
| Judge: | Michael B. Kaplan |
| Chapter: | 13 |

Recommended Local Form:   ☑ Followed   ☐ Modified

## ORDER AUTHORIZING
## SALE OF REAL PROPERTY

The relief set forth on the following pages numbered two (2) through three (3) is hereby **ORDERED**.

**DATED:** May 15, 2018

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the Debtor's motion for authorization to sell the real property commonly known as _____ 351 Rancocas Drive, Brick, NJ 08724 _____, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property upon the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be utilized to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☑ Pursuant to LBR 6004-1(b) the Notice of Private Sale included a request to pay the real estate broker and debtor's real estate attorney at closing. Therefore these professionals may be paid at closing.

**OR**: ☐ Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys upon further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of $ __10,217.94__ claimed as exempt may be paid to the Debtor.

6. The ☑ *balance of proceeds* or the ☐ *balance due on the debtor's Chapter 13 Plan* shall be paid to the Chapter 13 Standing Trustee in the Debtor's case.

7. A copy of the HUD settlement statement shall be forwarded to the Chapter 13 Standing Trustee ten (10) days after closing.

☐ 8. The debtor shall file a modified Chapter 13 Plan within 20 days of the date of this order.

      9. Other provisions: <u>The Debtor shall provide to the Trustee the current balance due on the Plan or non-exempt proceeds from the sale whichever is greater per the Order Confirming Plan.</u>

_____

```
10. In the event the sale is deemed to be a short sale, whereby, the
Secured Creditor will not be paid in full at the time of closing, then,
in that event, the Secured Creditor must provide approval of said sale.
```

*rev. 6/1/06.jml*