UNITED STATES BANKRUPTCY
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

William H. Oliver, Jr., Esq.
2240 State Highway 33, Suite 112, PO Box 667
Neptune, NJ  07753
bkwoliver@aol.com
732-988-1500/Fax 732-775-7404

**Order Filed on May 16, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

THERESA PATRICIA COEYMAN,

                Debtor

| | |
|---|---|
| Case No.: | 17-31480 |
| Chapter: | 13 |
| Hearing Date: | 5/15/18 @ 10:00 am |
| Judge: | MBK |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through ____2____ is hereby **ORDERED**.

**DATED: May 16, 2018**

_Honorable Michael B. Kaplan_
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____William H. Oliver, Jr._____, the applicant, is allowed a fee of $ _____1,300_____ for services rendered and expenses in the amount of $_____212_____ for a total of $_____1,512_____ . The allowance shall be payable:

☑ through the Chapter 13 plan as an administrative priority.

❏ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____317_____ per month for ___50___ months to allow for payment of the aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:  
Theresa Patricia Coeyman  
    Debtor

Case No. 17-31480-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: May 17, 2018  
    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2018.  
db    +Theresa Patricia Coeyman,   351 Rancocas Drive,   Brick, NJ 08724-4416

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2018    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2018 at the address(es) listed below:  
    Albert   Russo   on behalf of Trustee Albert   Russo docs@russotrustee.com  
    Albert   Russo   docs@russotrustee.com  
    Denise E. Carlon   on behalf of Creditor   Deutsche Bank National Trust Company as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-MLN1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Laura M. Egerman   on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
    Rebecca Ann Solarz   on behalf of Creditor   Deutsche Bank National Trust Company as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-MLN1 rsolarz@kmllawgroup.com  
    Steven P. Kelly   on behalf of Creditor   Deutsche Bank National Trust Company, Et Al. skelly@sterneisenberg.com, bkecf@sterneisenberg.com  
    U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
    William H. Oliver, Jr.   on behalf of Debtor Theresa Patricia Coeyman bkwoliver@aol.com, R59915@notify.bestcase.com  
    TOTAL: 8