Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–31480–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Theresa Patricia Coeyman
351 Rancocas Drive
Brick, NJ 08724

Social Security No.:
xxx–xx–7739

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on February 9, 2018.

On 8/22/2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date: September 25, 2018
Time: 10:00 AM
Location: Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: August 24, 2018
JAN: vpm

Jeanne Naughton
Clerk

```
                                United States Bankruptcy Court
                                     District of New Jersey
In re:                                                               Case No. 17-31480-MBK
Theresa Patricia Coeyman                                             Chapter 13
        Debtor                        CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 2                  Date Rcvd: Aug 24, 2018
                              Form ID: 185                Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2018.
db             +Theresa Patricia Coeyman,    351 Rancocas Drive,    Brick, NJ 08724-4416
r              +Pittenger Realty,    2240 Highway 33,    Neptune, NJ 07753-6121
r              +ReMax Homeland,    42 East Main St.,    Freehold, NJ 07728-2295
517137158     ++ALLIED DIGESTIVE HEALTH LLC,     MONMOUTH PARK CORPORATE CENTER I,    187 ROUTE 36 SUITE 230,
                 WEST LONG BRANCH NJ 07764-1306
               (address filed with court:    Allied Digestive Health,    60 Hwy 36 Ste B,
                 West Long Branch, NJ 07764-1463)
517159758      +Aldridge Pite, LLP,    4375 Jutland Drive., Suite 200,    P.O. Box 17933,
                 San Diego, CA 92177-7921
517137157      +Alert Ambulance,    P.O. Box 192,    Brick, NJ 08723-0192
517137159      +Apex Management, LLC,    Po Box 5407,    Lancaster, PA 17606-5407
517137160      +Apogee Physicians of New Jeresy,     PO Box 708640,    Sandy, UT 84070-8640
517137161      +Atlantic Medical Imaging, LLC,     PO Box 1564,    Indianapolis, IN 46206-1564
517137162       Barnabas Health,    PB 826504,    Philadelphia, PA 19182-6504
517137163      +Barron Emergency Physcians,    PO Box 7418,    Philadelphia, PA 19101-7418
517370915      +DEUTSCHE BANK NATIONAL TRUST COMPANY,     Robertson, Anschutz & Schneid, P.L.,
                 6409 CONGRESS AVENUE,    SUITE 100,    BOCA RATON, FL 33487-2853
517250716      +Deutsche Bank National Trust Company,     CO Nationstar MTG LLC d/b/a Mr. Cooper,
                 ATTN: Bankruptcy Dept.,    PO BOX 619096,    Dallas TX 75261-9096
517137166      +Foreclosure Processing Services,     Superior Court Clerk,    PO Box 971,    Trenton, NJ 08625-0971
517137168      +Meridian,    Po Box 9319,    Trenton, NJ 08650-1319
517137169      +Monmouth Ocean Hosp. Service Corp.,     4806 Megill Road,    Suite 3,    Neptune, NJ 07753-6926
517137170      +Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,     Coppell, TX 75019-4620
517137171      +North Rainbow Emerg,    PO Box 7418,    Philadelphia, PA 19101-7418
517239698     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:    State of New Jersey,    Department of Treasury,
                 Division of Taxation,    P.O. Box 245,    Trenton, NJ 08695-0245)
517137174      +Township of Brick,    Po box 949,    Matawan, NJ 07747-0949
517137175      +Wells Fargo Bank,    Po Box 14517,    Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 24 2018 23:26:49      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 24 2018 23:26:46      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517325797      +E-mail/Text: bkdepartment@rtresolutions.com Aug 24 2018 23:26:59      Bank of America, N.A.,
                 c/o Real Time Resolutions,    PO Box 36655,    Dallas, TX 75235-1655
517137164      +E-mail/Text: JSUMCbankruptcy@hackensackmeridian.org Aug 24 2018 23:27:23
                 Behavioral Health JSUMC,    Po Box 416765,    Boston, MA 02241-6765
517137165      +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 24 2018 23:27:34
                 Credit Collections Services,    725 canton Street,    Norwood, MA 02062-2679
517156450       E-mail/Text: cio.bncmail@irs.gov Aug 24 2018 23:26:21      Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
517137172      +E-mail/Text: OMCbankruptcy@hackensackmeridian.org Aug 24 2018 23:27:23      Ocean Medical Center,
                 425 Jack Martin Blvd.,    Brick, NJ 08724-7732
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Deutsche Bank National Trust Company, Et Al.,    c/o Stern & Eisenberg, PC,    1581 Main Street,
                 Suite 200,   1581 Main Street, Suite 200,    Warrington
cr*            +DEUTSCHE BANK NATIONAL TRUST COMPANY,     Robertson Anschutz & Schneid, P.L.,
                 6409 Congress Avenue,    Suite 100,    Boca Raton, FL 33487-2853
517137167*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court:    Internal Revenue Service,    Special Procedures,    Bankruptcy Section,
                 P.O. Box 724,    Springfield, NJ 07081)
517137173*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:    State of New Jersey,    Department of the Treasury,
                 Division of Taxation,    P.O. Box 245,    Trenton, NJ 08695-0187)
                                                                                              TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Aug 24, 2018
                              Form ID: 185             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 24, 2018 at the address(es) listed below:
          Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
          Albert    Russo     docs@russotrustee.com
          Denise E. Carlon     on behalf of Creditor     Deutsche Bank National Trust Company as Trustee for
           Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series
           2007-MLN1 dcarlon@kmllawgroup.com,     bkgroup@kmllawgroup.com
          Laura M. Egerman     on behalf of Creditor     DEUTSCHE BANK NATIONAL TRUST COMPANY
           bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com
          Rebecca Ann Solarz     on behalf of Creditor     Deutsche Bank National Trust Company as Trustee for
           Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series
           2007-MLN1 rsolarz@kmllawgroup.com
          Steven P. Kelly     on behalf of Creditor    Deutsche Bank National Trust Company, Et Al.
           skelly@sterneisenberg.com,   bkecf@sterneisenberg.com
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
          William H. Oliver, Jr.    on behalf of Debtor Theresa Patricia Coeyman bkwoliver@aol.com,
           R59915@notify.bestcase.com
                                                                                             TOTAL: 8
```