Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.:  17–31480–MBK
          Chapter:  13
          Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Theresa Patricia Coeyman
   351 Rancocas Drive
   Brick, NJ 08724

Social Security No.:
   xxx–xx–7739

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/25/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 26, 2018
JAN: wir

                                                                                      Jeanne Naughton
                                                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-31480-MBK
Theresa Patricia Coeyman                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2             Date Rcvd: Sep 26, 2018
                              Form ID: 148             Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2018.
```
db             +Theresa Patricia Coeyman,   351 Rancocas Drive,    Brick, NJ 08724-4416
r              +Pittenger Realty,   2240 Highway 33,    Neptune, NJ 07753-6121
r              +ReMax Homeland,   42 East Main St.,    Freehold, NJ 07728-2295
517137158     ++ALLIED DIGESTIVE HEALTH LLC,    MONMOUTH PARK CORPORATE CENTER I,    187 ROUTE 36 SUITE 230,
                 WEST LONG BRANCH NJ 07764-1306
               (address filed with court: Allied Digestive Health,    60 Hwy 36 Ste B,
                 West Long Branch, NJ 07764-1463)
517159758      +Aldridge Pite, LLP,   4375 Jutland Drive., Suite 200,    P.O. Box 17933,
                 San Diego, CA 92177-7921
517137157      +Alert Ambulance,   P.O. Box 192,   Brick, NJ 08723-0192
517137159      +Apex Management, LLC,   Po Box 5407,    Lancaster, PA 17606-5407
517137160      +Apogee Physicians of New Jeresy,    PO Box 708640,   Sandy, UT 84070-8640
517137161      +Atlantic Medical Imaging, LLC,    PO Box 1564,   Indianapolis, IN 46206-1564
517137162       Barnabas Health,   PB 826504,   Philadelphia, PA 19182-6504
517137163      +Barron Emergency Physcians,    PO Box 7418,   Philadelphia, PA 19101-7418
517370915      +DEUTSCHE BANK NATIONAL TRUST COMPANY,    Robertson, Anschutz & Schneid, P.L.,
                 6409 CONGRESS AVENUE,   SUITE 100,    BOCA RATON, FL 33487-2853
517250716      +Deutsche Bank National Trust Company,    CO Nationstar MTG LLC d/b/a Mr. Cooper,
                 ATTN: Bankruptcy Dept.,   PO BOX 619096,    Dallas TX 75261-9096
517137166      +Foreclosure Processing Services,    Superior Court Clerk,   PO Box 971,    Trenton, NJ 08625-0971
517137168      +Meridian,   Po Box 9319,   Trenton, NJ 08650-1319
517137169      +Monmouth Ocean Hosp. Service Corp.,    4806 Megill Road,   Suite 3,   Neptune, NJ 07753-6926
517137170      +Nationstar Mortgage LLC,   8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
517137171      +North Rainbow Emerg,   PO Box 7418,    Philadelphia, PA 19101-7418
517239698     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Department of Treasury,
                 Division of Taxation,   P.O. Box 245,    Trenton, NJ 08695-0245)
517137174      +Township of Brick,   Po box 949,    Matawan, NJ 07747-0949
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 27 2018 00:30:00      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 27 2018 00:29:56      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517325797      +E-mail/Text: bkdepartment@rtresolutions.com Sep 27 2018 00:30:11      Bank of America, N.A.,
                 c/o Real Time Resolutions,   PO Box 36655,   Dallas, TX 75235-1655
517137164      +E-mail/Text: JSUMCbankruptcy@hackensackmeridian.org Sep 27 2018 00:30:41
                 Behavioral Health JSUMC,   Po Box 416765,   Boston, MA 02241-6765
517137165      +EDI: CCS.COM Sep 27 2018 03:58:00      Credit Collections Services,   725 canton Street,
                 Norwood, MA 02062-2679
517156450       EDI: IRS.COM Sep 27 2018 03:58:00      Internal Revenue Service,   P.O. Box 7346,
                 Philadelphia, PA  19101-7346
517137172      +E-mail/Text: OMCbankruptcy@hackensackmeridian.org Sep 27 2018 00:30:40      Ocean Medical Center,
                 425 Jack Martin Blvd.,   Brick, NJ 08724-7732
517137175      +EDI: WFFC.COM Sep 27 2018 03:58:00      Wells Fargo Bank,   Po Box 14517,
                 Des Moines, IA 50306-3517
                                                                                              TOTAL: 8
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Deutsche Bank National Trust Company, Et Al.,   c/o Stern & Eisenberg, PC,    1581 Main Street,
                 Suite 200,   1581 Main Street, Suite 200,   Warrington
cr*            +DEUTSCHE BANK NATIONAL TRUST COMPANY,    Robertson Anschutz & Schneid, P.L.,
                 6409 Congress Avenue,   Suite 100,   Boca Raton, FL 33487-2853
517137167*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,    Special Procedures,   Bankruptcy Section,
                 P.O. Box 724,   Springfield, NJ 07081)
517137173*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Department of the Treasury,
                 Division of Taxation,   P.O. Box 245,   Trenton, NJ 08695-0187)
                                                                                   TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Sep 26, 2018
                              Form ID: 148             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2018 at the address(es) listed below:
              Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
               Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series
               2007-MLN1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
               bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com
              Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
               Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series
               2007-MLN1 rsolarz@kmllawgroup.com
              Sindi   Mncina    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
               Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series
               2007-MLN1 smncina@rascrane.com
              Steven P. Kelly    on behalf of Creditor    Deutsche Bank National Trust Company, Et Al.
               skelly@sterneisenberg.com,    bkecf@sterneisenberg.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor Theresa Patricia Coeyman bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                                             TOTAL: 9
```